IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | Case No. 08mc00028 DLB |
| Petitioner, | ) | |
| v. | ) | ORDER TO SHOW CAUSE |
| | ) | RE: INTERNAL REVENUE SERVICE |
| RAFAEL C. MACIAS, | ) | SUMMONS |
| Respondent. | ) | |

Upon the petition of the United States, the Declaration of Revenue Officer David Palmer, including Exhibit A attached thereto, and the United States' Petition to Enforce an Internal Revenue Service Summons, it is hereby:

ORDERED that respondent, Rafael C. Macias ("Respondent") appear before United States Magistrate Judge Dennis L. Beck in Courtroom 9 in the United States District Court, Fresno Federal Courthouse, 2500 Tulare Street, Fresno, California on November 7, 2008 at 9:00 a.m., to show cause why he should not be compelled to obey the Internal Revenue Service summons served upon him.

It is further ORDERED that:

1.       A copy of this Order, together with the Petition and declaration and its exhibits, shall be served in accordance with Rule 4(e) of the Federal Rules of Civil Procedure upon the Respondent within twenty-one (21) days of the date that this Order is served upon counsel for the United States or as soon thereafter as possible.  Pursuant to Federal Rule of Civil Procedure 4.1(a), the Court hereby appoints Revenue Officer Palmer and all other persons designated by him to effect service in this case.

2.       Proof of any service done pursuant to paragraph one (1), above, shall be filed with the Clerk as soon as is practicable.

3.       Because the file in this case reflects a prima facie showing that the investigation is being conducted for a legitimate purpose, that the inquiries may be relevant to that purpose, that the information sought is not already within the Commissioner's possession, and that the administrative

1

1  steps required by the Internal Revenue Code have been followed, <u>see</u> <u>United States v. Powell</u>, 379

2  U.S. 48, 57-58 (1964), the burden of coming forward has shifted to Respondent to oppose

3  enforcement of the summonses, <u>see</u> <u>United States v. Balanced. Fin. Mgmt.</u>, 769 F.2d 1440, 1443

4  (10th Cir. 1985).

5      4.    If Respondent has any defense to present or an opposition to the Petition, such

6  defense or opposition shall be made in writing and filed with the Clerk and copies served on counsel

7  for the United States at least fourteen (14) days prior to the date set for the show cause hearing.  The

8  United States may file a reply memorandum to any opposition at least five (5) court days prior to the

9  date set for the show cause hearing.

10      5.    At the show cause hearing, the Court will consider all issues raised by the

11  Respondent.  Only those issues brought into controversy by the responsive pleadings and supported

12  by affidavit will be considered.  Any uncontested allegation in the Petition will be considered

13  admitted.

14      6.    Respondent may notify the Court, in a writing filed with the Clerk and served on

15  counsel for the United States at least fourteen (14) days prior to the date set for the show cause

16  hearing, that Respondent has no objection to enforcement of the summons.  Respondent's

17  appearance at the hearing will then be excused.

18      Respondent is hereby notified that a failure to comply with this Order may subject him to

19  sanctions for contempt of court.

20      The Clerk shall forward copies of this Order to counsel for the United States, at the address

21  indicated on its pleadings.

22      IT IS SO ORDERED.

23  **Dated:**  __**September 26, 2008**__        __**/s/ Dennis L. Beck**__
24                                UNITED STATES MAGISTRATE JUDGE

25

26

27

28                                      2