| | |
|---|---|
| 1 | McGREGOR W. SCOTT |
| | United States Attorney |
| 2 | 501 I Street, Suite 10-100 |
| | Sacramento, CA 95814 |
| 3 | Telephone: (916) 554-2700 |
| 4 | COLIN C. SAMPSON (SBN 249784) |
| | Trial Attorney, Tax Division |
| 5 | U.S. Department of Justice |
| | P.O. Box 683 |
| 6 | Ben Franklin Station |
| | Washington, D.C.  20044-0683 |
| 7 | Telephone: (202) 514-6062 |
| | Email: Colin.C.Sampson@usdoj.gov |
| 8 | Western.Taxcivil@usdoj.gov |
| 9 | Attorneys for Petitioner United States of America |

IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | Case No.  1:08-mc-00028-DLB |
| | ) | |
| Petitioner, | ) | |
| | ) | **GRANTING PETITIONER'S** |
| v. | ) | **REQUEST FOR CONTINUANCE OF** |
| | ) | **ORDER TO SHOW CAUSE HEARING** |
| RAFAEL C. MACIAS, | ) | |
| | ) | Date:   December 5, 2008 |
| Respondent. | ) | Time:   9:00 a.m. |
| | ) | Place:  Courtroom 9 |
| | ) |            2500 Tulare Street |
| | ) |            Fresno, CA 93721 |
| | ) | |

Upon Good Cause Shown,

IT IS HEREBY ORDERED that the Petitioner's Request for Continuance of the Order to Show Cause Hearing is granted.  The Order to Show Cause Hearing is hereby continued to Friday, December 5, 2008, at 9:00 a.m. in Courtroom 9 in the United States District Court, Fresno Federal Courthouse, 2500 Tulare Street, Fresno, California.

IT IS SO ORDERED.

Dated:   **October 23, 2008**              **/s/ Dennis L. Beck**
                                                           UNITED STATES MAGISTRATE JUDGE

1