LAWRENCE G. BROWN
United States Attorney
Eastern District of California

AARON M. BAILEY
Trial Attorney, Tax Division
United States Department of Justice
P. O. Box 683, Ben Franklin Station
Washington, D.C.  20044-0683
Telephone: (202) 616-3164
E-mail: Aaron.M.Bailey@usdoj.gov

Attorneys for Petitioner,
UNITED STATES OF AMERICA

IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) | Case No.: 1:08-CV-1871 OWW-DLB |
|---|---|---|
| Petitioner, | ) | **ORDER CLOSING FILE** |
| v. | ) | |
| RAFAEL C. MACIAS, | ) | |
| Respondent. | ) | |

The Court having reviewed Petitioner's Notice of No Further Action advising that Respondent has complied with the IRS administrative summonses, and good cause appearing,

IT IS HEREBY ORDERED that this case be administratively closed.

IT IS SO ORDERED.

**Dated:   September 23, 2009**            /s/ Oliver W. Wanger
                                    UNITED STATES DISTRICT JUDGE

1

**ORDER DISMISSING CASE AND CLOSING FILE**              4643262.1